IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-501-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| ANTHONY HARRIS, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion for reduction of sentence [D.E. 65] not later than March 5, 2021.

SO ORDERED. This 10 day of February 2021.

JAMES C. DEVER III
United States District Judge