IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-00501-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ANTHONY HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States of America's motion to seal the United States' response in opposition, [D.E. 72], to Defendant's sealed motion, [D.E. 65]. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal Docket Entry 72, the United States' response in opposition to Defendant's sealed motion.

SO ORDERED this **31** day of **August**, 2021.

JAMES C. DEVER III
United States District Judge